Eric S. Perry #210440
DCF/AS-105
6888 E. 133rd Rd.
Holdenville, OK 74848

10-27-20

U.S. District Clerk
101 E. Pecan St. Rm 216
Sherman, TX 75090

Dear Clerk:

I have inclosed a civil action under 42 USC sec. 1983 with attachments and exhibits.

The form I used was sent to me from your office although much of it relates to the prison system I have used the form to file suit from Oklahoma. Please advise me if there is anything more required of me relevent to this action.

I would also ask that you send me an application for appointment of counsel as the facility where I am housed does not allow me access to Texas law or out of state addresses, nor aid in any civil matters.

At present I am not allowed access to the law library due to the current pandemic.

Respectfully,

Eric Perry