IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERIC SHAWN RAY, #210440 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20cv856 |
| | § | |
| COLLIN CO. SHERIFF'S OFFICE, | § | |
| ET AL. | § | |

**MEMORANDUM ADOPTING REPORT
AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #61), recommending that (1) Defendants McCurtain County, Oklahoma; Washington County, Arkansas; and McCurtain County Sheriff Kevin Clardy be dismissed without prejudice; (2) Defendant Ector County be dismissed without prejudice; (3) Plaintiff's claims concerning extradition, unlawful detainer, unlawful arrest, and false imprisonment be dismissed with prejudice until the *Heck* conditions are met; (4) Plaintiff's conspiracy claims and claims concerning intrastate and interstate transfer be dismissed with prejudice; and (5) Plaintiff's claims against Edwin McGill, Matt Dyer, and FNU Kirkpatrick be dismissed with prejudice. Plaintiff filed objections. (Dkt. #70).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the lengthy objections raised by Plaintiff to the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

Accordingly, McCurtain County, Oklahoma; Washington County, Arkansas; and McCurtain County Sheriff Kevin Clardy are **DISMISSED WITHOUT PREJUDICE;** Ector County is **DISMISSED WITHOUT PREJUDICE**; Plaintiff's claims concerning extradition, unlawful detainer, unlawful arrest, and false imprisonment are **DISMISSED WITH PREJUDICE** until the *Heck* conditions are met; Plaintiff's conspiracy claims and claims concerning intrastate and interstate transfer are **DISMISSED WITH PREJUDICE**; and Plaintiff's claims against Edwin McGill, Matt Dyer, and FNU Kirkpatrick are **DISMISSED WITH PREJUDICE**.

**SIGNED this the 13th day of February, 2023.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE